1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    SENOBIO MOZQUEDA-OCTAVO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,        )  NO. CR.S-11-434-MCE
11                                   )
                   Plaintiff,        )
12                                   )      **STIPULATION AND ORDER;**
         v.                          )      **CONTINUING STATUS CONFERENCE**
13                                   )      **AND EXCLUDING TIME**
    SENOBIO MOZQUEDA-OCTAVO,         )
14                                   )  Date:  December 1, 2011
                   Defendant.        )  Time:  9:00 a.m.
15  _____ )  Judge: Hon. Morrison C. England Jr.

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, MICHELE BECKWITH, Assistant United States

19  Attorney, attorney for Plaintiff, and CARO MARKS, attorney for SENOBIO

20  MOZQUEDA-OCTAVO, that the status conference hearing date of November

21  17, 2011 be vacated, and the matter be set for status conference on

22  December 1, 2011 at 9:00 a.m.

23       The reason for this continuance is to allow the government time

24  to prepare and offer the defense a plea agreement, and to give defense

25  counsel time to receive the plea agreement and then to review it with

26  the defendant.

27  ///

28  ///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 1, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   November 15, 2011.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender


                                               /s/ Caro Marks
                                               CARO MARKS
                                               Designated Counsel for Service
                                               Attorney for Senobio Mozqueda-Octavo

DATED:   November 15, 2011.                    BENJAMIN WAGNER
                                               United States Attorney


                                               /s/ Caro Marks for
                                               MICHELE BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 17, 2011, status conference hearing be continued to December 1, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the December 1, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3