DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SENOBIO MOZQUEDA-OCTAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. CR.S-11-434-MCE |
| Plaintiff,     ) | |
| ) | **STIPULATION AND ORDER** |
| v.    ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| SENOBIO MOZQUEDA-OCTAVO,     ) | |
| ) | Date: February 2, 2012 |
| Defendant.     ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for SENOBIO MOZQUEDA-OCTAVO, that the status conference hearing date of January 5, 2011 be vacated, and the matter be set for status conference on February 2,2012 at 9:00 a.m.

   The reason for this continuance is to allow the defense the time and opportunity to present to government counsel the mitigating factors surrounding the defendant's sole prior conviction, which factors were just recently learned by defense counsel.

///

Government counsel is unavailable until January 5, and defense counsel is out of the country from January 6-23, making any meaningful dialogue between the two virtually impossible. Defense counsel intends to correspond with government counsel about these mitigating factors so that by the time both counsel are present simultaneously in the Eastern District of California, government counsel will have had sufficient time to consider and respond to the defendant's counter proposal for settlement.

In addition, following up on the defendant's contention that his prior deportation may have been illegal, the defense ordered on December 16, 2011, the taped proceedings of the defendant's immigration hearing, if in fact he had one. While this is secondary in importance to presentation of the mitigating factors, it remains a viable issue in the case, and therefore, the request for a continuance should be granted.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 2, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel.

DATED: January 4, 2012.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Caro Marks
                                           CARO MARKS
                                           Designated Counsel for Service
                                           Attorney for Senobio Mozqueda-Octavo

DATED:   January 4, 2012.                           BENJAMIN WAGNER
                                                    United States Attorney


                                                    /s/ Caro Marks for
                                                    MICHELE BECKWITH
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 5, 2011, status conference hearing be continued to February 2, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 2, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3